## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 823 - 3 | **DATE** | 12/17/2007 |
| **CASE TITLE** | USA vs. Jacinto Vizcarra | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government and defendant agree on certain conditions of release. Preliminary examination hearing is set for 12/20/07 at 2:00 p.m. Secured bond (property) to be posted by 01/07/08.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|