# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                Case No.: 1:07−cr−00823

                                                          Honorable Nan R. Nolan

Antonio Vasquez, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

      MINUTE entry before Judge Nan R. Nolan : Defendant's oral motion to extend time for proper filing of documents regarding posting property is granted to and including 01/14/08. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.